M2m2OrtBail kjc

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x
    UNITED STATES OF AMERICA,              New York, N.Y.
3
                v.                         22 Cr. 91 (RA)
4
    BILLY ORTEGA,
5                   Defendant.
    ------------------------------x        Bail Application
6
                                           February 22, 2022
7                                          12:40 p.m.

8   Before:

9                       HON. RONNIE ABRAMS,

10                                         District Judge

11

12

13                      APPEARANCES

14  DAMIAN WILLIAMS
         United States Attorney for the
15       Southern District of New York
    BY:  MICHAEL R. HERMAN
16       MICAH F. FERGENSON
         Assistant United States Attorneys
17

18  DAWN M. FLORIO
         Attorney for Defendant Ortega
19

20

21  Also Present:

22  Harry Meyer, Intern, USAO

23  Dayshawn Bostic, Pretrial Services Officer, SDNY

24

25

M2m2OrtBail kjc

```
 1              (Case called)
 2              THE COURT:  Has everyone had the opportunity to
 3     review the Pretrial Services report and had sufficient time to
 4     do so?
 5              MS. FLORIO:  Yes, your Honor.
 6              MR. HERMAN:  Yes, your Honor.
 7              THE COURT:  And are we ready to get started?
 8              MR. HERMAN:  Yes, your Honor.
 9              THE COURT:  Ms. Florio, would you like to be heard.
10              MR. HERMAN:  Yes, your Honor.  Would it be okay if I
11     sat?  I just have some difficulties with my knee.  I had a knee
12     replacement surgery.
13              THE COURT:  Yes, that's fine.  Just speak into the
14     microphone, please.
15              MS. FLORIO:  Your Honor, I did have an opportunity to
16     review the pretrial services report, which recommends release
17     with conditions for Mr. Ortega.  However, your Honor, I have
18     submitted a bail package.  Did your Honor receive that?
19              THE COURT:  I did.
20              MS. FLORIO:  So I actually have recommended even more
21     stringent requirements for Mr. Ortega.
22              THE COURT:  Let's keep in mind that the Pretrial
23     Services office has not reviewed the evidence in this case,
24     didn't have access to the government's letter, and so they are
25     only making their recommendation based on limited information.
```

M2m2OrtBail kjc

1    I have more information before me.

2              But please proceed, with that said.

3              MS. FLORIO:  Yes, your Honor.  I understand.  That's

4    why I am proposing a more stringent package than what pretrial

5    had represented.

6              So I just want to tell you a little bit about my

7    client before I talk about what I feel would be appropriate

8    with respect to the bail package.

9              First, I just want to let the Court know that my

10   client has tremendous family support.  His partner is present

11   in court, as well as his mother, his father, his sister, his

12   brother, his cousins, his mother-in-law.  Family and friends

13   are also present here.

14             I do want to point out to the Court that my client has

15   a very severe learning disability, and he was receiving

16   governmental assistance because he has difficulty with memory

17   loss, with processing information, and he suffered with that

18   throughout a big portion of his life.  He also had an accident

19   which tremendously impacted that later on in his life.

20             Your Honor, my client was home at the time that the

21   agents came to arrest him.  He was actually taking his daughter

22   down to the bus.  There was a search warrant that was executed

23   on the home.  At that particular time, he and his partner were

24   not in the best of terms, and he had all his bags packed to

25   move to his own apartment.  So when the -- when the search

M2m2OrtBail kjc

1    warrant was executed, his bags were pretty much packed.

2            There was money in the house, but it was $8,000.  It

3    wasn't an exorbitant amount of money.  It was money that both

4    him and his partner had collected.  She works.  She is

5    self-employed.  She makes a very good salary.

6            There were no drugs found in the apartment.  There was

7    no paraphernalia found in the house.

8            The children were in the house, as well as dogs were

9    in the house.  And his passport was in the house, and it was

10   seized.

11           THE COURT:  I had thought that the passport was in

12   what -- and you all will correct me if I am wrong -- in what

13   the government has described as a to-go bag, and so it was the

14   money, it was the passport, it was the Social Security card, it

15   was a driver's license.  I don't know if anything was in it.  I

16   was not aware that there were other bags.  Were there bags with

17   his clothes and the like.

18           MS. FLORIO:  Yes.  All his belongings were basically

19   packed up and ready to go because they were separating at that

20   time.  They had an argument, and he was moving out and

21   therefore his passport was there, his belongings were there.

22   It was not just a bag for him to leave.  It was a bag for him

23   to move to another apartment.  Previously to that, he had lived

24   with his mom.  So it was decided that he was going to be moving

25   out of the residence because they had, you know, had a fight.

M2m2OrtBail kjc

1        In fact, his partner was interviewed extensively by

2    the agents at the time.  I actually was on the phone with his

3    partner when she -- when agents had entered the apartment and

4    I -- not that I heard the conversations between them, but I was

5    aware of what was going on.  She fully cooperated.  She spoke

6    to the agents, as well as my client fully cooperated.

7        It was very scary for the children and especially the

8    child that was with Mr. Ortega when he was stopped at the --

9    right outside of his home taking his child to the bus stop.  He

10   was basically a stay-at-home dad for like the last six years,

11   taking care of the children while his partner worked.

12       I do want to point out to the Court that my client has

13   no criminal convictions.  He is not a flight risk.  He assures

14   the Court that he will come back each and every time.  He has

15   very good family support, as the Court can see.

16       Even though we know it is a very, very serious case,

17   what I have proposed, your Honor, I believe it is a very

18   substantial bail package to ensure that my client will return

19   to Court.  I have laid everything out in my submission.  I am

20   proposing --

21       THE COURT:  Let me just stop you and ask, he is

22   unemployed, correct, and your position is that he had that

23   amount of cash because of his girlfriend's job, is that right?

24       MS. FLORIO:  Yes.  And also he gets money from his

25   SSI.

M2m2OrtBail kjc

1           THE COURT:  All right.  You may proceed.

2           MS. FLORIO:  So, your Honor, respectfully, I am asking

3      the Court to grant pretrial release with the following

4      conditions.  I am asking that Mr. Ortega be released on a

5      $500,000 bond that would be secured by the following suretors:

6           One would be his cousin, Carlita Zapata, who is a

7      catering and event manager.  She has an estimated yearly income

8      of $110,000.

9           The other suretor would be Jorge Ortega, which is his

10     uncle.  He works for the New York City Department of

11     Corrections.  He makes approximately $92,000 per year.

12          The third suretor would be Louis Alberto Ortega, which

13     is his uncle, who works for the New York City Department of

14     Sanitation who makes approximately $89,000 per year.

15          The fourth person is Junior Zapata, which is his

16     cousin.  He is a bartender at Carmine's, a restaurant in

17     Manhattan, and makes approximately $70,000 per year.

18          The fifth person would be Kenneth Ortega, who is his

19     brother, who works for Jetblue Airways, and his approximate

20     income is $55,000 per year.

21          The sixth person would be Stephen Ortega, his brother,

22     who works for the New York City Health and Hospitals.  He makes

23     $53,000 per year.

24          His sister, Melanie Quesada, she works for JPMorgan

25     Chase and makes $53,000 per year.

M2m2OrtBail kjc

1          Louis Ortega, his father, who is a manager at a fabric
2    store, his approximate income is $44,000 per year.
3          And also the address of 46 Edgewood Avenue, Ringwood,
4    New Jersey, which is owned by Hope Cooper, which is his
5    partner, with an approximate equity of $290,000, the home is
6    worth about $500,000, but the equity that is left in the house
7    is about $290,000.
8          So when you take everything into consideration, all of
9    these people, who make very good incomes, as well as the
10   property that can -- we can put a lien on, I submit, your
11   Honor, that that is a substantial bail package.  The family has
12   worked very hard on it to make sure that -- I mean, these are
13   excellent people who have excellent jobs who support their
14   family member.  Most of them are here today in court.  Some
15   people couldn't come because they are actually -- you know,
16   they couldn't get off of work.
17         But, your Honor, I believe there are -- there is a
18   combination of circumstances that would allow Mr. Ortega to
19   overcome the presumption and for him to overcome the
20   presumption of dangerousness and the flight risk.  He has never
21   warranted before.  He has always appeared at each and every
22   day.  He has no criminal record.  He absolutely assures the
23   Court he will come back to court to fight these charges.  He
24   understands the seriousness of his case and we, most
25   respectfully, are asking that you grant our bail package.

M2m2OrtBail kjc

1          THE COURT:  All right.  Thank you.

2          Would the government like to be heard or any of the

3    members of the victim's families?

4          MR. HERMAN:  Yes, your Honor.  I would like to

5    recognize the members of the victim's families who would

6    request the opportunity to be heard either before or after the

7    government's --

8          THE COURT:  Whatever you or they would prefer.  They

9    can just come to the podium.

10          MR. HERMAN:  Okay.  Well, why don't I give a

11    statement; and then if the Court allows, the victims would like

12    to be heard.

13          THE COURT:  Sure.

14          MR. HERMAN:  We submitted a written opposition when

15    we learned this morning that Mr. Ortega sought a bail

16    application.

17          In the government's view, there is no condition or

18    combination of conditions that would adequately protect the

19    community and assuage the substantial risk of flight here.

20          This is a presumption case for good reason.  The

21    defendant operated a dangerous narcotics delivery service from

22    his home using numerous cell phones.  That operated for a

23    substantial period of time, approximately three years.

24          On a single day in March of 2021, an awful day, he

25    sold drugs, using a friend of his, that killed three victims.

M2m2OrtBail kjc

Families of some of those victims are here today.  The victims

thought they were receiving cocaine, but instead they received

cocaine that was laced with fentanyl, a much more powerful

synthetic opioid that is saturating our communities, both here

and around the country, and leading to devastating death and

destruction.

          The defendant then learned these victims died for the

reasons we put in our submission.

          He even warned one of the victims don't do too much

and then called that victim two or three times after he sent

that text.  She didn't answer because she had died.

          He also called one of the other victims.  That

knowledge did not deter Mr. Ortega from continuing this deadly

delivery service.  Rather, he continued doing exactly what he

was doing with one exception.  He changed phones, showing his

consciousness of guilt.

          The text message with the courier, the codefendant

Rainey, shows a screenshot of a drug testing kit which the

government believes was sent because Ortega wanted to test his

drugs to see what could have caused the death of these

victims.

          Now, the government believes that the charges already

contained in the indictment are more than sufficient to

satisfy the government's burden of detention here, but this

investigation is ongoing.  We are investigating several

M2m2OrtBail kjc

1    additional overdoses, including an additional fatality that

2    predated the fatalities charged in this case, that we believe

3    may be tied to this delivery service.

4            With respect to the arrest and the search warrant,

5    our understanding is quite different, of course, than what

6    the defense put forward by proffer.  The defendant appeared

7    to be living in a basement in this large home in rural

8    New Jersey.  It's a four-bedroom home with a ton of property.

9            He had a bed in the basement.  He had clothes in the

10   basement.  It did not appear that he was packing up to leave.

11   There was luxury clothing everywhere.  There was a Rolex watch.

12   There were numerous cell phones, which the government is in the

13   process of accessing, which are consistent with the operation

14   of a narcotics delivery service.  There was indications of

15   substantial assets in addition to the go bag.

16           With respect to the criminal history, there are quite

17   a few sealed arrests in this case; and while we don't normally

18   ascribe a lot of, you know, any real weight to arrests — I

19   understand they are not convictions — to the extent the defense

20   believes that he's been a completely law-abiding person his

21   whole life, we would dispute that.

22           And the fact that he knew about these deaths and

23   continued operating supports the notion that deterrence is

24   very important in this case, and he would not be deterred even

25   by this arrest if he wasn't deterred by that.

1          Unless the Court has any questions, I would ask for an
2      opportunity for the victims to be heard.
3          THE COURT:  Yes, please.
4          Hi.  Good afternoon.
5          MR. GHAHRAMANI:  Good afternoon, your Honor.  I'm
6      Sassan Ghahramani, Julia Ghahramani's father.
7          THE COURT:  Thank you for being here today, and I just
8      want to tell you how sorry I am for your loss.
9          MR. GHAHRAMANI:  Thank you very much.
10         This is our daughter Julia Ghahramani.  My wife and
11     Julia's sister Kim are in the row over there.
12         THE COURT:  How old was she?
13         MR. GHAHRAMANI:  Julia was 26 years old, your Honor.
14     She had -- this is her graduation picture from Columbia.  She
15     had just graduated from Columbia Law School, through COVID,
16     taking her bar, had just started a new job at a law firm.  She
17     was a beautiful -- our first daughter, beautiful young woman.
18     Everything to live for.
19         She was staying at home.  She went back to her
20     apartment that week to finish up some work.  She had a lot of
21     work.  She had just started her new job.  And we couldn't
22     reach her.  We were shocked.  We were stunned to find out that
23     she was poisoned with fentanyl.
24         We -- I hear the defendant's attorney talk about how
25     the defendant's children were upset when he was arrested.

M2m2OrtBail kjc

1    It's really difficult to listen to that in this courtroom,

2    your Honor, when our daughter was destroyed, was murdered.

3            We have read the transcripts from the complaint.

4    Julia just -- I could talk about her forever.  Just so you

5    know, she was a warrior for justice.  She entered the law

6    profession.  When she was in junior high school, she wrote

7    that she wanted to change the world for the better.

8            She organized a March for Our Lives demonstration.

9    She was one of the organizers, spoke here on the steps.  She

10   volunteered.

11           After she died, her law firm dedicated an honor to

12   immigrants rights and *pro bono* award.  She had only been there

13   for a few months.  She was our loving daughter and a beautiful

14   girl, and from our -- we keep the word "murder."  I know this

15   is not the charge and I'm not a lawyer.  This is not the

16   charge, it's not murder.  But for us it is poisoning.  It is

17   murder.

18           I think of in the days of prohibition when alcohol

19   was illegal, if a young woman walks into a bar and orders a

20   drink, and there is poison in the drink and she dies, they

21   don't say she died from alcohol or from alcoholism or anything

22   like that.  It's clear that she was poisoned, and that this was

23   murder.

24           And I think because it's a question of drugs, it all

25   gets tied up in trafficking and all these other heinous crimes,

M2m2OrtBail kjc

1    when, in fact, it is such a callous disregard for human life.

2    There is a misperception.  Ever since Julia died, every day I

3    get things about fentanyl deaths.  I don't think I need to

4    tell you what's going on in this country.  And today there is

5    something about five people who died in Colorado, cocaine

6    laced with fentanyl.

7          And I read things like dealers put fentanyl in

8    because it's cheap.  Do they?  Because there's lots of things

9    that are cheap that you can put in cocaine or you can put in

10    any substance.  They put fentanyl in it because it's so, so,

11    so addictive.

12          I find it hard to imagine a more heinous criminal

13    than Mr. Ortega.  And I'm sorry that the family, maybe they

14    are wonderful people, but, you know, to say, you know, you had

15    learning disability problems doesn't take away from the fact

16    that you killed three people and God knows how many other

17    people.

18          And the texts and all that shows that they knew

19    exactly what they were doing.  They knew exactly what they were

20    doing, your Honor.  And the -- I just -- to -- to let a callous

21    murderer, who is -- he put drugs in that everybody -- who

22    doesn't know that fentanyl is potentially lethal and deadly?

23    And they put it in there.  Why?  To make this victim's family's

24    son, our daughter, other innocent children addicted and clients

25    of theirs with callous disregard for their lives.

M2m2OrtBail kjc

1          So how many dollars did you make off of that?  So now
2    we are supposed to believe that, oh, you are willing to risk
3    killing these people for making a few bucks and now, oh, you
4    are going to put up your family a pledge for 500,000 when your
5    life is potentially at stake in prison and that we shouldn't
6    be worried because why exactly?  I fail to understand that
7    logic.
8          I will leave it here.  I don't know if, Lily Ann, you
9    have anything to add or Kim.
10          THE COURT:  Thank you for being here today.  I can
11    only imagine how hard it is.
12          MR. GHAHRAMANI:  Thank you very much.
13          MS. MARDEN:  Hi.  I'm Lily Ann Marden, Julie's mother.
14    Sassan said pretty much everything I want to say except just
15    the incredible sadness that we have every day.  Every moment
16    of every day Julia is not here because of him and because of
17    those two who were here.
18          This did not need to happen.  Why?  Why did it have
19    to happen?  Only because of his selfishness.  He knew.  He
20    knew that that was potentially lethal.  He warned Amanda.  He
21    didn't warn Julia.  Maybe Julia would have known.  I don't
22    know.  But he knew and he did it anyway.  He called five or
23    seven times to check to see if Julia would answer the phone,
24    and she was dead already.
25          So I don't -- he does not -- he should be in jail for

M2m2OrtBail kjc

1    the rest of his life.

2         MR. GHAHRAMANI:  The text is:  "Oh, ah-ha, this is a

3    little stronger than the last one, ha ha."  "Ha ha."

4         THE COURT:  Thank you all again, and I'm so sorry

5    again for your loss.

6         MS. GHAHRAMANI:  Hi, your Honor.  My name is Kimberly

7    Ghahramani.  I'm Julia Ghahramani's sister.  I wrote something

8    that I would like to read, as well.

9         THE COURT:  Thank you, Kimberly.

10        MS. GHAHRAMANI:  My sister was 26 years old when

11   Billy Ortega handed her death on March 17, 2021, the same age

12   that I am now.  As a 26-year-old girl living in New York City,

13   following in my sister's footsteps, I don't feel safe knowing

14   that he is walking the streets of New York involving himself

15   in illegal activities for one reason only: to benefit himself

16   with no care or concern for the collateral damage he causes on

17   the way.

18        Why let him out to say goodbye to his family before

19   being sent away, something I never got to do to my sister?  To

20   just hand him that?  These men murdered my sister.

21        Because of Billy Ortega, I will never see my sister

22   again.  I will never walk into my home to find her arms wide

23   open to hug me, hear her hearty laugh, soak in her big sister

24   love and advice.  She won't be my bridesmaid at my wedding.

25   She won't be there to watch my parents get old, to get old

M2m2OrtBail kjc

1    with me, because of him.

2             If let on bail, Billy Ortega will have no way of

3    making an income except through illegal activities.  To let

4    him out is to fail to bring justice to Julia, to Ross, to

5    Amanda.  To let him out is to put other innocent people at

6    risk of unknowingly losing their lives.  Billy Ortega is a

7    murderer and should be treated as such.  Billy Ortega does not

8    deserve the freedom to walk the streets of New York while

9    Julia, Amanda, and Ross lay beneath him in their graves.

10            Thank you, your Honor.

11            THE COURT:  Thank you.

12            Good afternoon.

13            MS. LACKEY:  Judge, my name is Lauren Lackey.  I'm

14   Ross Mtangi's mother.  My daughter Shamisa was sitting there,

15   Ross's baby that was born after he passed away, and Ross's

16   fiancée.

17            My son -- we lived in very modest means in Rhode

18   Island, subsidized housing.  My son earned -- got tuition to

19   go to college.  He worked hard.  He worked very, very hard for

20   everything he had.  And he had friends that we saw die through

21   the years.  And Ross made a choice of what he wanted to do for

22   his family.

23            You have been blessed with a lovely family that seems

24   to support you.  And I pray for his family and I pray for your

25   children, just as I pray for my grandson who will never, never

M2m2OrtBail kjc

1    meet his father, who had just turned 40 years old.  My first

2    grandchild.  Three weeks after burying my son, I'm in the

3    delivery room delivering my grandson.

4           And all I want to say to you is you had an

5    opportunity.  You knew where these three people were at.  You

6    knew where my son was.  You delivered to him, had someone

7    deliver.  You knew where the two women were.  You checked on

8    them.  You knew it was going bad.  It was going bad.

9           So back in the day, when I was young, what would we

10   do?  A man would drop a dime and could make an anonymous phone

11   call:  Go check on somebody in room such and such.  Go up to

12   this.  Just make an anonymous phone call.  It probably would

13   have been too late.  It probably would have.  Most definitely.

14   But you know what?  I would have respected you maybe a smidgen,

15   a smidgen, for doing the right thing.  Because you knew these

16   people.  You joked, you laughed.  You knew them.  You weren't

17   selling to a stranger on the corner.

18          I pray for your family, I pray for you.  And you know

19   what?  My life is pretty much over now.  I have a wonderful

20   daughter.  See this is our family.  One row.  You have all the

21   support, and it wasn't enough for you.  It wasn't enough.  Now

22   we are one less and we are heartbroken.

23          Thank you.

24          THE COURT:  Thank you so much for being here today.

25          Is there anyone else who would like to be heard today?

M2m2OrtBail kjc

1          MS. FLORIO:  Your Honor, I'm sorry.  May I just say

2    one other thing?

3          THE COURT:  Yes.  Go ahead.

4          MS. FLORIO:  I put it in my bail application, but I

5    also want to just stress to the Court that my client -- part

6    of the bail application was that my client would be, you know,

7    under home incarceration and home detention with GPS

8    monitoring.  I didn't put that forth in my argument, but it is

9    in my bail package.

10         THE COURT:  And I read it.  Thank you very much.

11         Would anyone like to be heard?  As you all know,

12   victims are permitted under the law to be heard at every stage

13   of a case, but they are also welcome in my courtroom to be

14   heard at any time.  All right.

15         So I am ready to rule.  My understanding is no one

16   else would like to be heard.

17         In short, the defendant's motion for bail is denied.

18         In assessing whether pretrial detention is warranted

19   under 18 United States Code § 3142(g) courts must assess the

20   nature and circumstances of the offense charged; the weight of

21   the evidence against the person; the history and

22   characteristics of the person, including, among other factors,

23   family ties, employment, financial resources, past conduct,

24   criminal history, and whether the person was on release pending

25   trial and the nature and seriousness of the danger to any

M2m2OrtBail kjc

1    person or the community that would be posed by the person's

2    release.

3            Because the defendant has been charged with a drug

4    offense punishable by sentence exceeding ten years, there is a

5    rebuttable presumption that no condition or combination of

6    conditions exists that will ensure the defendant's appearance

7    or the safety of the community.  He has been unable to rebut

8    that presumption today.

9            The government has met its burden by showing by clear

10   and convincing evidence that defendant poses a danger to the

11   community.  Defendant's narcotics delivery service operated for

12   a lengthy period of time going back to at least 2019.  The

13   government has also proffered evidence suggesting that he

14   continued to operate this service, albeit with a different

15   phone, notwithstanding the knowledge that three of his buyers

16   had died from a fentanyl overdose, which is highly probative

17   of dangerousness from my perspective.  This evidence includes

18   several texts and calls from the defendant to the victims on

19   the day they died that went unanswered and photos of home drug

20   testing kits sent to the defendant indicating that he wished

21   to test his drugs.  Additionally, records show that the

22   defendant texted one of the victims after the drugs were

23   delivered warning her not to do too much because the batch was

24   strong.

25            While it's not clear that the defendant knew that the

M2m2OrtBail kjc

1    drugs were laced with fentanyl as opposed to him simply

2    selling a strong batch of cocaine, or at least I don't have

3    that evidence before me, taking all of the proffered evidence

4    together, I find the defendant poses a danger to the community.

5            In addition, the fact that he faces a substantial

6    20-year mandatory minimum sentence suggests that he may indeed

7    be a flight risk.  The fact that law enforcement found what

8    the government is referring to as the "go bag" at his home

9    containing thousands of dollars, jewelry, a passport, and other

10   identification documents also suggests that he has the means,

11   ability, and readiness to flee at any moment.

12           While I appreciate that Mr. Ortega has proffered an

13   alternative reason for this evidence, I am not persuaded that

14   he has overcome the presumption in this case.

15           Accordingly, he will be detained pending trial.

16           Are there any other applications at this time?

17           MS. FLORIO:  No, your Honor.

18           MR. HERMAN:  No, your Honor.

19           THE COURT:  All right.  Thank you all.  We are

20   adjourned.

21                              oOo

22

23

24

25